**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6262**

─────────────

CHARLES DAVID ROBERTSON,

                                    Petitioner - Appellant,

        versus

W. J. THOMPSON, Warden, FCI - Morgantown,

                                    Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  William M. Kidd, Senior District Judge.  (CA-96-143-1)

─────────────

Submitted:  April 6, 1999          Decided:  April 28, 1999

─────────────

Before WILLIAMS, Circuit Judge, and HALL and PHILLIPS, Senior Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Charles David Robertson, Appellant Pro Se.  William David Wilmoth, United States Attorney, Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles David Robertson appeals a district court order denying relief on his petition filed under 28 U.S.C. § 2241 (1994). In light of our recent decision in <u>Pelissero v. Thompson</u>, ___ F.3d ___, 1999 WL 133112 (4th Cir. Mar. 12, 1999) (Nos. 97-6156, 97-6221), we affirm the district court order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>